1  DOUGLAS A. WICKHAM, Bar No. 127268
   (dwickham@littler.com)
2  RYAN P. ESKIN, Bar No. 205413
   (reskin@littler.com)
3  LITTLER MENDELSON
   A Professional Corporation
4  2049 Century Park East, 5th Floor
   Los Angeles, California 90067.3107
5  Telephone:   310.553.0308
   Fax No.:     310.553.5583
6
   JERRY C. NEWSOME
7  LITTLER MENDELSON
   A Professional Corporation
8  3348 Peachtree Road, N.E
   Atlanta, Georgia 30326
9  Telephone:   404.233.0330
   Fax No.:     404.233.2361
10

11 Attorneys for Plaintiff
   CONTINENTAL COMMERCIAL PRODUCTS, LLC
12
                    UNITED STATES DISTRICT COURT
13
                    CENTRAL DISTRICT OF CALIFORNIA
14

15 | CONTINENTAL COMMERCIAL | Case No. CV 07-08093 GW (OPx) |
   | PRODUCTS, LLC., a Delaware | |
   | limited liability company, | **JUDGMENT ON STIPULATION FOR ENTRY OF JUDGMENT** |
   |                 Plaintiff, | |
   |       v. | |
   | MICHAEL ANGELO, an individual, SYCAMORE PLASTICS, LLC, a California limited liability company, | |
   |                 Defendants. | |

LITTLER MENDELSON
A Professional Corporation
2049 Century Park East
Fifth Floor
Los Angeles, CA 90067.3107
310.553.0308

Plaintiff Continental Commercial Products, LLC ("Plaintiff" or "Contico") and Defendant Michael Angelo ("Angelo" or "Defendant"), having stipulated to the entry of Judgment (hereinafter "Judgment") and the Court having determined that good cause appears therefor,

IT IS HEREBY ORDERED, ADJUDGE AND DECREED as follows:

1. Judgment shall be and hereby is entered in Plaintiff Contico's favor and against Defendant Angelo and only a Permanent Injunction with no other relief shall be, and has been, entered against Defendant Angelo pursuant to this Court's Order re Permanent Injunction;

2. This Court shall retain continuing jurisdiction to enforce this Judgment or this Court's Order Re Permanent Injunction in accordance with the terms of that Order; and

3. Except as expressly set forth in the Order Re Permanent Injunction and this Judgment, no other relief or damages is sought by or awarded to Plaintiff or Defendants in this action, and each Party shall bear her or its own attorneys' fees and costs with respect to the defense and prosecution of this action.

**IT IS SO ORDERED.**
DATED: July 2, 2009

_____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
Fifth Floor
Los Angeles, CA 90067.3107
310.553.0308

# TABLE OF AUTHORITIES

**PAGE**

Firmwide:90137195.1 052101.1001

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
2049 Century Park East
5th Floor
Los Angeles, CA 90067.3107
310.553.0308